Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:　Case No.:　09−32222 DK　　Chapter:　7

Robert Reid
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 1/13/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 1/13/10

　　　　　　　　　　　　　　　　　　　　　　　Mark D. Sammons, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, A Travers 301−344−4161